UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JONES,<br><br>        Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>        Respondent. | Case No. 1:18-cv-01576-AWI-JDP<br><br>ORDER DIRECTING CLERK TO CLOSE THIS CASE AND REFILE PETITIONER'S COMPLAINT IN A NEW CIVIL RIGHTS ACTION |

Petitioner William J. Jones is a state prisoner. Petitioner initially filed a petition for a writ of habeas corpus on October 29, 2018. ECF No. 1. On August 6, 2019, in my findings and recommendations, I recommended that this case be dismissed with leave to file a 42 U.S.C. § 1983 claim. ECF No. 24. On September 23, 2019, petitioner filed a first amended prisoner civil rights complaint under the above-captioned case number. ECF No. 28. On September 30, 2019, the district judge adopted the findings and recommendations, ECF No. 24, and granted respondent's motion to dismiss the petition for a writ of habeas corpus with leave to amend, ECF No. 29.

Accordingly, I direct the clerk to:

1. close the above-captioned case; and
2. open a new civil rights action under 42 U.S.C. § 1983 by refiling petitioner's first amended prisoner civil rights complaint (ECF No. 28) in the new case.

1

IT IS SO ORDERED.

Dated: October 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 206